1  David M. Grey, Esq. Bar #124793
   david@greyslaw.com
2  GREY & GREY
   233 Wilshire Boulevard, Suite 700
3  Santa Monica, CA 90401
   310/444-1980   fax 310/444-1970
4
   Attorneys for Defendant
5   K.M. by and through
    Her Guardian Ad Litem Lynn Bright

# UNITIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Case No. SACV10-01011 DOC MLGx

K.M., by and through her Guardian Ad Litem, Lynn Bright

Plaintiff,

vs.

Tustin Unified School District,

Defendants

APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER

Lynn Bright, in support of her Application for an Order for Appointment as Guardian Ad Litem for K.M., a minor, to prosecute a claim in this Court for the minor, would show as follows:

APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER

Lynn Bright is the mother of Katharine Manter, a minor under the age of 18 years. Lynn Bright and Katharine Manter are both residents of the State of California and reside at 2640 El Dorado, Tustin, CA 92782.

1. Katharine Manter does not have a guardian ad litem or duly appointed representative.

2. Lynn Bright and Katharine Manter, seek to file a Complaint for violation of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973, the Unruh Act and to appeal a special education Decision.

3. Lynn Bright has no interests adverse to the rights of Katharine Manter, and is fully competent and responsible to prosecute the proposed action for Katharine Manter.

Wherefore, Lynn Bright prays that she be appointed Guardian Ad Litem for Katharine Manter for the purpose of prosecuting the minor's claim against the defendant, and further prays that the Complaint be allowed to be filed and litigated therein.

Dated: July 1, 2010                                  GREY & GREY

By _____
David M. Grey
Attorneys for Plaintiff

2
APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER

# DECLARATION OF LYNN BRIGHT

I, Lynn Bright, declare:

1. I am the mother of Katharine Manter (K.M.), a minor under the age of 18.

2. Katharine Manter is deaf and is a student who resides in the jurisdiction of the Defendant Tustin Unified School District ("the District.")

3. Grey & Grey filed an Administrative Due Process case on Katharine Manter's behalf against the District. I participated in the hearing in that matter, including attending the hearing on every day that it was held. The Due Process Decision was in favor of the District.

5. On behalf of my daughter Katharine, I intend to file a Complaint for violation of the ADA and Section 504 of the Rehabilitation Act of 1973, the Unruh Act and appealing the special education Decision.

6. Katharine and I are both residents of the State of California and reside at 2640 El Dorado, Tustin, CA 92782.

7. Katharine does not have a Guardian Ad Litem or duly appointed representative for this proceeding.

8. I have no interest adverse to the rights of Katharine, and am fully competent and responsible to prosecute the proposed action for her.

9. I consent to the appointment as guardian ad litem for Katharine Manter.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and is of my own personal knowledge.

_____ Bright 6-14-10
Lynn Bright

I consent to the appointment of my mother, Lynn Bright as guardian ad litem. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing facts are true and correct.

Executed at Tustin, California June, 2010.

_____ 6/14/10
Katharine Manter

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for Katharine Manter, a minor. The Court orders Lynn Bright be appointed as the guardian ad litem for Katharine Manter.

Dated: July 2, 2010

_____
JUDGE OF THE COURT

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

4
APPLICATION FOR APPOINTMENT FOR GUARDIAN AD LITEM and ORDER