1   **David M. Grey.**, Esq.  Bar #124793
    david@greyslaw.com
2   GREY & GREY
    233 Wilshire Boulevard, Suite 700
3   Santa Monica, CA 90401
    310/444-1980   fax 310/444-1970
4
    Attorneys for Plaintiff
5   K.M. by and through her
    Guardian Ad Litem Lynn Bright
6

7

8                    **UNITIED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  K.M., a minor, by and through her<br>Guardian Ad Litem, LYNN BRIGHT, | Case No.  SACV 10-01011 DOC<br>(MLGx) |
| 11 | |
| 12        Plaintiff, | |
| 13     v. | **Notice of Motion for Summary<br>Judgment** |
| 14 | |
| 15  TUSTIN UNIFIED SCHOOL DISTRICT,<br>Defendant. | Date:  5/2/11<br>Time: 8:30 a.m.<br>Court Rm.  :   9D [Hon. David O. Carter] |
| 16 | |
| 17 | |

18        TO ALL PARTIES AND THEIR COUNSEL:

19            Notice is given that on May 2, 2011 at 8:30 a.m., or as soon thereafter as

20
    the matter may be heard in the United States District Court, Central District of California,
21
    located at 411 West Fourth Street, Courtroom 9D, Santa Ana, California, 92701, that
22
23  Plaintiff, K.M., will move this court for Partial Summary Judgment (Federal Rules of Civil

24  Procedure, Rule 56 as to the following causes of action in the Complaint (1) Violation

25  section 504 of the Rehabilitation Act of 1973; (2) Violation of the Americans with

26  Disabilities Act; and (3) Violation of the Unruh Civil Rights Act (Civil Code §51 et. seq.).

27

28
___

                          **Notice of Motion for Summary Judgment**

K.M. seeks an Order that Tustin violated these sections and is obligated to provide her with CART for her academic classes.

K.M. will also move this court for Summary Judgment on the Fourth Cause of Action in the Complaint for a reversal of the OAH Decision and an Order compelling Tustin to provide her with CART in her academic classes.

This Motion will be based upon this Notice, the Memorandum of Points and Authorities, the Administrative Record, the pleadings and papers filed with the court, including the administrative record that will be lodged with the court as well as other evidence admitted by the court.

This motion is made following the conference of counsel pursuant to L.R.7-3 which took place on March 17, 2011.

Dated:  April 4, 2011                              GREY & GREY


                                                   By:  /s/ David M. Grey
                                                   David M. Grey Attorney for Plaintiff

**Notice of Motion for Summary Judgment**

1

2                                    Proof of Service

3

4

5          I am employed in the County of Los Angeles, State of California. I am over the
   age of 18 and not a party to this action; my business address is 233 Wilshire Blvd., Suite
6   700, Santa Monica, California.

7          On April 4, 2011, I served the forgoing document:

8                       *Notice of Motion for Summary Judgment.*

9
   on each interested party in this action by electronic mail through CM/ECF filing and the
10  party listed below is currently on the list to receive e-mal for this case.

11  | Jennifer C. Brown, Esq. | Cary K. Quan, Esq. |
    |---|---|
12  | Best, Best & Krieger<br>5 Park Plaza, Suite 1500<br>Irvine, CA 92814 | 17011 Beach Blvd., Ste 400<br>Huntington Beach, CA 92647 |
13
    | Jennifer.Brown@bbklaw.com | cquan@dbtlaw.com |
14

15

16         I declare under penalty of perjury under the laws of the State of California that the
17  forgoing is true and correct and that I am a member of the bar of this court.

18         Executed on April 4, 2011, at Santa Monica, California.

19

20

21                                   /s/David M. Grey
22                                 Attorney for Plaintiff
                                   david@greyslaw.com
23

24

25

26

27

28
                                            3
                          **Notice of Motion for Summary Judgment**