1 **David M. Grey.**, Esq.  Bar #124793
david@greyslaw.com
2 GREY & GREY
233 Wilshire Boulevard, Suite 700
3 Santa Monica, CA 90401
310/444-1980   fax 310/444-1970
4
Attorneys for Plaintiff
5 K.M. by and through her
Guardian Ad Litem Lynn Bright.

## UNITIED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| K.M., a minor, by and through her Guardian Ad Litem, LYNN BRIGHT, Plaintiff, v. TUSTIN UNIFIED SCHOOL DISTRICT, Defendant. | Case No.  SACV 10-01011 DOC (MLGx) [Hon. David O. Carter] **Notice of Lodging of Administrative Record as Per 20 U.S.C. §1415(i)(2)(c)(i)** Date:  5/2/11 Time: 8:30 a.m. Court Rm.  :   9D |
|---|---|

Plaintiff hereby gives notice that she has lodged the administrative record with the court in this matter pursuant to 20 U.S.C §1415(i)(2)(A):

Four blue three ring notebooks.  These four volumes are numbered as follows:

    Volume 1   AR000001-AR000757

    Volume 2   AR000758-AR001531

    Volume 3   AR001532-AR002299

    Volume 4   AR002300-AR002426

**Notice of Lodging of Administrative Record**

Dated: April 4, 2011                  GREY & GREY

<u>s/David M. Grey</u>
Attorney for Plaintiff
david@greyslaw.com

**Notice of Lodging of Administrative Record**

## Proof of Service

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action; my business address is 233 Wilshire Blvd., Suite 700, Santa Monica, California.

On April 4, 2011, I served the forgoing document:

*Notice of Lodging of Administrative Record as Per 20 U.S.C. §1415(i)(2)(c)(i)*

on each interested party in this action by electronic mail through CM/ECF filing and the party listed below is currently on the list to receive e-mal for this case.

| Jennifer C. Brown, Esq.<br>Best, Best & Krieger<br>5 Park Plaza, Suite 1500<br>Irvine, CA 92814<br><br>Jennifer.Brown@bbklaw.com | Cary K. Quan, Esq.<br>17011 Beach Blvd., Ste 400<br>Huntington Beach, CA 92647<br><br>cquan@dbtlaw.com |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and that I am a member of the bar of this court.

Executed April 4, 2011, at Santa Monica, California.

s/David M. Grey<br>
Attorney for Plaintiff<br>
david@greyslaw.com