JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M., a minor, by and through her Guardian Ad Litem, LYNN BRIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>TUSTIN UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | Case No. SACV 10-01011 DOC (MLGx)<br><br>The Honorable David O. Carter,<br>United States District Court Judge<br><br>**JUDGMENT IN FAVOR OF DEFENDANT TUSTIN UNIFIED SCHOOL DISTRICT** |

Judgment in the above-captioned matter is hereby entered in favor of Defendant Tustin Unified School District and against Plaintiff K.M., a minor, by and through her Guardian Ad Litem, Lynn Bright. Plaintiff shall take nothing on her Complaint. Defendant shall recover its costs of suit.

Dated: July 15, 2011

*/s/ David O. Carter*
Hon. David O. Carter
UNITED STATES DISTRICT COURT JUDGE