JACK B. CLARKE, JR., Bar No. 120496
jack.clarke@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendant
TUSTIN UNIFIED SCHOOL DISTRICT

DAVID M. GREY, State Bar No. 124793
david@greyslaw.com
GREY & GREY
2800 28th Street, Suite 330
Santa Monica, CA 90405
Telephone: (310) 444-1980
Facsimile: (310) 444-1970

Attorneys for Plaintiff
K.M., a minor, by and through her Guardian
Ad Litem, LYNN BRIGHT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M., a minor, by and through her Guardian Ad Litem, LYNN BRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>TUSTIN UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. SACV 10-1011-DOC(MLGx)<br>Honorable David O. Carter,<br>United States District Judge<br><br>JOINT STATUS REPORT |

# JOINT STATUS REPORT

Pursuant to the Civil Minutes dated July 31, 2014, Plaintiff K.M., a minor, by and through his Guardian Ad Litem, Lynn Bright ("Plaintiff") and Defendant Tustin Unified School District ("Defendant") hereby submit this Joint Status Report ("Report") in connection with the litigation pending in *K.M. v. Tustin Unified School District*, United States District Court, Central District of California, Case Number SACV 10-1011-DOC (MLGx) ("Legal Action").

# AGREEMENT

The Parties have discussed a proposed schedule to submit the following for consideration by the Court:

1. The Parties hereby propose to complete any discovery, if needed, by September 17, 2014.

2. The Parties hereby propose a motion cut-off date of November 21, 2014.

3. The Parties propose that the Parties engage in Alternative Dispute Resolution to be completed by October 15, 2014. The Parties are discussing possible mediators.

///
///
///
///
///
///
///
///

1      4.    The Parties also propose a Prehearing Conference date of January 5, 2014 and a Trial date of January 26, 2015, or such other dates as convenient for the Court.

Respectfully Submitted,

Dated: August 8, 2014    GREY & GREY

By: /s/David Martin Grey
    DAVID MARTIN GREY
    Attorneys for Plaintiff
    LYNN BRIGHT and K.M., a minor

Dated: August 8, 2014    BEST BEST & KRIEGER LLP

By: /s/Jack B. Clarke, Jr.
    JACK B. CLARKE, JR.
    Attorneys for Defendant
    TUSTIN UNIFIED SCHOOL DISTRICT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

55350.00002\9151918.1      - 2 -      JOINT STATUS REPORT
SACV 10-1011-DOC(MLGx)

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, California 92502. On August 8, 2014, I served the following document(s):

JOINT STATUS REPORT

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below (specify one):

☐ Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Riverside, California.

☐ **By personal service.** At _____ a.m./p.m., I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an Individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| | ☐ | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service. A Declaration of Messenger is attached. |
| | ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | ☒ | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

DAVID M. GREY, Esq.
GREY & GREY
2800 28th Street, Suite 330
Santa Monica, CA 90405
Telephone: (310) 444-1980
Facsimile: (310) 444-1970
david@greyslaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 8, 2014, at Riverside, California.

_____
Heather Buhr