NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1  JACK B. CLARKE, JR., Bar No. 120496
   jack.clarke@bbklaw.com
2  Best Best & Krieger LLP
   3390 University Avenue, 5th Floor
3  P.O. Box 1028
   Riverside, CA 92502
4  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
5
   Attorneys for Defendant
6  TUSTIN UNIFIED SCHOOL DISTRICT

7  DAVID M. GREY, State Bar No. 124793
   david@greyslaw.com
8  GREY & GREY
   2800 28th Street, Suite 330
9  Santa Monica, CA 90405
   Telephone: (310) 444-1980
10 Facsimile: (310) 444-1970

11 Attorneys for Plaintiff
   K.M., a minor, by and through her Guardian
12 Ad Litem, LYNN BRIGHT

13               UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15

16 K.M., a minor, by and through her          Case No. SACV 10-1011-DOC (MLGx)
   Guardian Ad Litem, LYNN                    The Honorable David O. Carter,
17 BRIGHT,                                    United States District Judge

18          Plaintiff,                        ORDER GRANTING **IN PART** JOINT
                                              STIPULATION/REQUEST TO
19     v.                                     EXTEND MOTION AND RELATED
                                              DATES [89]
20 TUSTIN UNIFIED SCHOOL
   DISTRICT,
21
            Defendant.
22

23

24

25

26

27

28

55350.00002\9371856.1                    -1-                ORDER GRANTING JOINT
                                                    STIPULATION/REQUEST TO EXTEND MOTION
                                                    AND RELATED DATES SACV 10-1011-DOC

ORDER

The Court, having reviewed the Joint Stipulation/Request to Extend Motion and Related Dates, submitted by the Parties, and good cause appearing therefore, rules as follows:

The Request is granted. The Court hereby extends the schedule in accordance with the request of the parties, for 30 days in light of the progress toward informal resolution, as shown below:

- Settlement procedures will be completed by November 14, 2014
- Motions shall be hard by December 22, 2014
- Final Pre Trial Conference: **January 12, 2015** @ 8:30 a.m.
- Jury Trial Date: **January 27, 2015 (unchanged)**

SO ORDERED.

**Dated: October 23, 2014**

By: _/s/ David O. Carter_
UNITED STATES DISTRICT COURT JUDGE