David M. Grey, Esq. Bar #124793
david@greyslaw.com
GREY & GREY
2800 28th St., Suite 330
Santa Monica, CA 90405
310/444-1980   fax 310/444-1970

Attorneys for Plaintiff
K.M. by and through her
Guardian Ad Litem Lynn Bright

# UNITIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M. a minor, by and through her Guardian Ad Litem, Lynn Bright<br><br>Plaintiff,<br><br>vs.<br><br>Tustin Unified School District,<br><br>Defendants | Case #10-1011 DOC (MLGx)<br><br>(Hon. David O. Carter)<br><br>Consent Decree for Judgment and Judgment |

The Parties hereby AGREE and the Court expressly APPROVES, ENTERS AND ORDERS THE Following:

Pursuant to the terms of the *Final Settlement and Release Agreement Pursuant to Stipulation for Settlement and Consent Decree*, which is Attached hereto as Exhibit 1, the Parties consent to entry of judgment as follows:

1. Judgment for $197,500 in favor of Plaintiff and against defendant;

2. The Court shall retain jurisdiction to enforce the terms of Exhibit 1;

3. The Court shall retain jurisdiction to determine the amount of costs and attorney's fees, if any, owed to Plaintiff. Plaintiff's motion for attorney's fees and costs shall be filed within 90 days after entry of judgment.

January 15, 2015

Grey & Grey

By: s/ David M. Grey
David M. Grey Attorney for Plaintiff
E-mail: david@greyslaw.com

Best Best & Krieger

By: s/ Jack Clarke, Jr.
Jack Clarke, Jr. Attorney for Tustin Unified School District
E-mail: Jack.Clarke@bbklaw.com

Signature Certification

I hereby certify that the content of this document is acceptable to Jack Clarke, Jr., counsel for Defendant, Tustin Unified School District, and that I have obtained Mr. Clarke's authorization to affix his electronic signature to this document.

By: s/ David M. Grey

IT IS SO ORDERED

Date: January 23, 2015

*David O. Carter*
U.S. District Court Judge

2
Consent Decree for Judgment